Case 7:12-cv-00053-O  Document 2  Filed 04/02/12  Page 1 of 18

United States District Court
Southern District of Texas
FILED
APR 0 2 2012
David J. Bradley, Clerk of Court

(1)

In the United States District Court
For the Southern District of Texas
Houston Division

Louis Charles Hamilton I., "Complaint"

~~Harris County Texas Inmate~~ "Jury Demand"

V.

North Texas State Hospital ET, AL.,

Jim Smith "Superintendant"

Keli Boyd "Program Director"

Nita Patterson "Nurse Practioner"

NTSH                    Collectively Defendant
Vernon Campus
4730 College Drive TX. 76384

Comes Now the Pro Se Plaintiff herein

Negro African Male Age 50 Years old

Protected By the United States

(2.)

American Disability Act., Proceeding Pro Se Brings this Civil Rights Action Pursuant to 42 U.S.C. § 1983 against North Texas State Hospital, for Cause of Actions

(1) Medical Malpractice, Medical Negligence

(2) Civil Rights Violation of the Plaintiff (14) Amendment Equal Protection, and 8th Cruel and Unusal Punishment and "Due Process"

(3) Retaliation, Discrimination

(4) Aid and Abetting, Breach of Fudicary Duty

(5) Intentional Infliction of Emotional Distress and Mental Anguish

(6). Aid and Abetting Physical Battery

(7) Conspiracy against Civil Action(s)

(3.)

## VENUE
## II.

Pro Se Plaintiff Louis Charles Hamilton II state that the Plaintiff Reside in the Southern District of Texas And under order of the State of Texas 232 Harris County District Court Pro Se Plaintiff was Declare unable to understand the Criminal charges And or Incompetent which is "Bogus" And Said State of Texas was At the Time of Arrest a Defendant, However the State of Texas is Already a Defendant Following the Arrest of Plaintiff on September 23, 2011

*See Hamilton V. Texas et al, U.S. Docket No. H-11-4256 Before the Honorable

Court Justice David Hittner, United States District Judge.

Plaintiff Declare, Assert and Affirm Before the Honorable Court that this United District Federal Court Has Subject Matter over a Substantial Part of the event giving rise to the Claims herein In the Interest of Justice

## II.

### Facts

Pro Se Plaintiff Louis Charles Hamilton II Herein State, Declare, and Affirm Under Penalty of Perjury that the foregoing is True and Correct Pursuant to 28 U.S.C. § 1746).

that the Plaintiff Having Been Assaulted Twice!

Ⓐ "First Attack" the Pro Se Plaintiff was Just standing clear of any Person(s) next to "Two Psychiatric Nursing Assistant" When Inmate "Haricol Mendez" Just walked up punch the Plaintiff in His Right upper chest Rib Area! the Plaintiff was Caught off Guards And Completely By a Big wake up Surprise this Inmate "Haricol Mendez" used Real force to try and Break the Plaintiff Rib, Causing Extreme Pain, Sufferage of

(6.)

Discomfort for over a week to even breath in air — which to over 30 day for this even to breath air to return back to normal, further require the Plaintiff to be under doctor care with X-Ray involved. This Act occured in Febuary of 2012.

## IV.

Pro Se Plaintiff never even spoken a word in the past with inmate "Haricol Mendez" concerning anything nor upon the law of Self-Defense that "Haricol Mendez is Justified in using force against the Plaintiff when and to the

Degree "Haricol Mendez" believes the force is immediately necessary to protect himself from the Plaintiff herein Louis Charles Hampton II, for the attempted use of unlawful force "Haricol Mendez" reasonably believes he is under attack and there is created in the mind of such reasonable expectation or fear of some bodily injury, as it appeared to inmate "Haricol Mendez" from his standpoint at the time.

## V.

Pro Se Plaintiff state before the Honorable Court Justice that Inmate "Haricol

(8.)

Mendez" after this attack at the time and place in question, Inmate "Haricol Mendez" Did this to Benefit the use of unlawful force and was at no time in the need of self-defense —

Inmate "Haricol Mendez" Having punch-out and attack Inmates Listed as:

① Christopher Garcia
② Joseph Jeddey
③ Elmer Earl Jr., And
④ Wendell Walker

With the Plaintiff Being added to this list, for which the Plaintiff Learn that He was attack Because "Haricol Mendez" was Attempting to Build a "No Guilty

by reason of insanity" for a crime of rape of a 13 year old girl, which Mr. Haricol Mendez "Crooked Mind" figure that by coming to "North Texas State Hospital" he has a mental illness, say he did not do the said described crime of "Rape" but a voice in his head told him to do it

## VI

Moreover this Inmate Haricol Mendez now laughing with other inmates saying the "Devil" told him to strike the Pro Se Plaintiff Louis Charles Hamilton II

## VII

After this the Psychiatric Nursing

(10).

Assistant, Just charted the attack upon the Plaintiff Like Inmate "Haricol Mendez" done to others as described in Paragraph (5) Above now with the Pro Se Plaintiff being a added victim, further the Physican prescribed some medicine to help Inmate "Nowlaughing" to calm down and Never acquire additional assault charges of Criminal Assault of the actions of Inmate "Haricol Mendez" to Include after Inmate "Haricol Mendez" attacked 4 Inmates as described in Paragraph V Above, with the Pro Se Plaintiff added on this list, the Co-Defendant

(11.)

Nita Patterson N.P. And or Defendant North Texas State Hospital ET AL., staff, Refused to Control Inmate "Haricol Mendez" By way of Relocation to (BMTP) Behavior Management Treatment Program In Another Building Where Inmates are "Lock-Down," Restraint And Kept Safe away from Populations Such as the Pro Se Plaintiff Herein!

## VIII

The Pro Se Plaintiff state Before the Honorable Court that "Haricol Mendez" Made the Further threat that once He is Free again He was going to

(12.)

kick the Plaintiff "Black Ass" which the Plaintiff later that day walk into Cell Block-B and "Beat the crap" out of "Mr. Haricot Mendez". Follow which "Mr. Haricot Mendez" was set free a week later from being punished by Meditations "Only"., He try to attack the Plaintiff, and kept on MAKING VERBAL PROVOCATION of THREATEND to commit a future Physical attack! Again :(

@ IX

(B.) "Second Attack" the Pro se Plaintiff was sleeping in the Day Room when Inmate "Ramsey Vega" just walked up

(13).

and punched the Pro Se Plaintiff in the left eye causing a black eye, swollen for over one and a half weeks with "Cut Scare's"!

~~The Night Before~~ He "Mr. Ramsey Vega" attemped to attack another inmate over "Pop Corn" white psychiatric nursing assistant "Robert Wesley", restrain inmate "Ramsey Vega" on the bed until help arrived which the Plaintiff was present, further inmate "Ramsey Vega" scream "Fuck you Nigger" pointing at the Plaintiff X.

Durning the weeks of March 1st through

(14.)

Out 24th "Twice" Mr. "Ramsey Vega" Been Exhibiting Evidence Beyond A Reasonable Doubt By Manner And Mean's Further In Reply of Verbal Provocation Alone that the Plaintiff Make A Expectation of Fear of Some further sort of Bodily Injury shall occured to the Plaintiff After the "Week Time out" Mr. Ramsey Vega" Was on, With the Last Threat of Scream's of Killing ME the Nigger Plaintiff which "Psychiatric Nursing Assistant" Robert Wesley" Had to pull said Mr. Ramsey Vega" From the Door Way while on Looker Inmates

(15.)

Laugh and Ridicule the Pro Se Plaintiff with a degree of Contempt for the Subject of the Remarks of Hurting A "Nigger"! With the Further Ridicule of the Plaintiff Already Recieved Injury of A Swollen Black cut up eye!

## XI

The Pro Se Plaintiff State that During the Week of March 25th – 31st of March 2012 the Plaintiff Sufferage In Addition to "A Swollen Black & Cut up Left Eye" "Bleeding Ulcer" from Bad Nerves Associated with the Actions of Haricot Mendez, And Ramsey Vega

(17.)

Court Justice By the Term "Reasonable Belief" as used herein is meant a belief that would be held by an Ordinary and Prudent Person in the same circumstances as the Pro Se Plaintiff Louis Charles Hamilton II Negro Inmate # 02255 9768!

XII ~~XII~~.

The Pro Se Plaintiff state, Declare, and Affirm, Before the Honorable Court Justice that on March 26th 2012 at 9:30 AM North Texas State Hospital Social Worker Name "Shelby" took the the Plaintiff Into the Kitchen and started in a "Hostile Fashion" that the treatment

(18.)

TEAM "NITA PATTERSON" WAS GOING TO LET "RAMSEY VEGA" FREE BACK INTO NORTH TEXAS STATE HOSPITAL INMATE POPULATION...!!!

Further screaming at the Plaintiff not to have further "FIGHTS WITH RAMSEY VEGA" which Plaintiff stated he never had a fight in the "FIRST PLACE" but was attack while asleeping!

XIII

Pro Se Plaintiff state before the Honorable Court Justice "THAT" at 10:20 AM on March 26th 2012 AM Hour Ramsey Vega was "TURN LOOSE" and was in the "Pool Table Room" walking around

(19.)

with a "pool stick" looking hard at the Plaintiff through the window of the Weight Room while playing pool!

Plaintiff instant became alarm to see that not only did co-defendant "Nita Patterson" let this "Mad Man free" but also allowed him acess to a "Weapon", namely a "pool stick", to include "Ramsey Vega" having already attack several other inmates with the include of inmate "Keyione Scott" another Negro inmate!

Pro Se Plaintiff kept a close watch upon "Ramsey Vega" while the staff